Battle, J.
 

 The pleadings do not show whether the children of the woman, Milly, were born after or before the death of the testator. If before, then they belong undoubtedly to the testator’s children by his last wife ; because Milly herself was given to them after the death or marriage of the widow. If after, even then, we think that they are given the same way, under the description of the offspring- of the womfin Elizabeth, who was the mother of Milly. In support of this construction, it will be observed that Milly herself is bequeathed at first under the designation of Elizabeth’s offspring-, and her name is mentioned afterwards,, only for the. purpose of declaring that she and her mother were not to be sol'd with the- other property which had been given to the testator’s wife- during her life or widowhood, and that they were to have the privilege of selecting; among the designated legatees, the person with whom they might think fit to- live.. The word'
 
 “
 
 offspring” will include grande-children as-well as children, unless there be- some other expressions in the will, indicative, of a contrary intention, and we cannot find any such in the. present will.
 

 
 *293
 
 It lias already been seen that the testator intended that his women, Elizabeth and Milly, should not be sold, but should hare the privilege of selecting their owner, from among the children of his last wife. The same favor, except perhaps in the particular of choosing their master, was, we think, intended to be conferred upon Milly’s children. See
 
 Washington
 
 v. Blount, 8 Ire. Eq. 253. The mother and grand-mother being dead, and of course incapable of choosing for themselves or their offspring, the executor may permit one or more of the legatees, selected by and among themselves, to take the slaves in question, upon paying a fair price for them. If the legatees cannot agree upon the person or persons to take them upon those terms, then, the executor may deliver the slaves to them, to be held in common.
 

 Pee CtiRiAM. A decree may be drawn in accordance with this opinion.